# EXHIBIT A

FILED
In the Office of the
Secretary of State of Texas

MAY 29 2003

Corporations Section

# CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# GUARDIAN MEDIA TECHNOLOGIES, LTD.

GMT Management Co., a Texas corporation, and Sightguardian, Inc., a Texas corporation, serving as the general partners of Guardian Media Technologies, Ltd. a Texas limited partnership, hereby make the following statements:

1. The name of the limited partnership is Guardian Media Technologies, Ltd.

2. The address of the registered office of the limited partnership is 1021 Main Street, Suite 1150, Houston, Texas 77002.

3. The name and address of the limited partnership's initial registered agent in the State of Texas is C T Corporation System, 1021 Main Street, Suite 1150, Houston, Texas 77002.

4. The address of the principal office in the United State where records of the limited partnership are to be kept or made available is 4130 La Jolla Village Drive, Suite 107-121, La Jolla, California 92037.

5. The name and mailing address of each general partner is as follows:

   GMT Management Co.
   4130 La Jolla Village Drive
   Suite 107-121
   La Jolla, California 92037.

   Sightguardian, Inc.
   4130 La Jolla Village Drive
   Suite 107-121
   La Jolla, California 92037

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Limited Partnership on the 29th day of May, 2003.

        **GENERAL PARTNERS:**

        GMT MANAGEMENT CO., a Texas corporation

        By: _____
            Thomas E. Coverstone, President


        SIGHTGUARDIAN, INC., a Texas corporation

        By: _____
            Thomas E. Coverstone, Vice President

FILED
In the Office of the
Secretary of State of Texas

MAY 29 2003

Corporations Section

# CERTIFICATE OF LIMITED PARTNERSHIP
## OF
## GUARDIAN MEDIA TECHNOLOGIES, LTD.

GMT Management Co., a Texas corporation, and Sightguardian, Inc., a Texas corporation, serving as the general partners of Guardian Media Technologies, Ltd. a Texas limited partnership, hereby make the following statements:

1. The name of the limited partnership is Guardian Media Technologies, Ltd.

2. The address of the registered office of the limited partnership is 1021 Main Street, Suite 1150, Houston, Texas 77002.

3. The name and address of the limited partnership's initial registered agent in the State of Texas is C T Corporation System, 1021 Main Street, Suite 1150, Houston, Texas 77002.

4. The address of the principal office in the United State where records of the limited partnership are to be kept or made available is 4130 La Jolla Village Drive, Suite 107-121, La Jolla, California 92037.

5. The name and mailing address of each general partner is as follows:

   GMT Management Co.
   4130 La Jolla Village Drive
   Suite 107-121
   La Jolla, California 92037.

   Sightguardian, Inc.
   4130 La Jolla Village Drive
   Suite 107-121
   La Jolla, California 92037

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Limited Partnership on the 29th day of May, 2003.

**GENERAL PARTNERS:**

GMT MANAGEMENT CO., a Texas corporation

By: _____
Thomas E. Coverstone, President

SIGHTGUARDIAN, INC., a Texas corporation

By: _____
Thomas E. Coverstone, Vice President

FILED
In the Office of the
Secretary of State of Texas

FEB 07 2006

Corporations Section

# GUARDIAN MEDIA TECHNOLOGIES, LTD.
# AMENDED AND RESTATED CERTIFICATE
# OF LIMITED PARTNERSHIP

GMT Management Co., a Texas corporation, and Sightguardian, Inc., a Texas corporation, serving as the general partners of Guardian Media Technologies, Ltd., hereby certify that:

1. The name of the limited partnership is Guardian Media Technologies, Ltd.

2. The address of the registered office of the limited partnership is 1021 Main Street, Suite 1150, Houston, Texas 77002.

3. The name and address of the limited partnership's initial registered agent in the State of Texas is C T Corporation System, 1021 Main Street, Suite 1150, Houston, Texas 77002.

4. As of February 24, 2005, the address of the principal office in the United State where records of the limited partnership are to be kept or made available is 3801 N. Capital of Texas Hwy., E240-303, Austin, Texas 78746.

5. The name and mailing address of each general partner is as follows:

    Sightguardian, Inc.
    264 Village Boulevard, Suite 201
    Incline Village
    Nevada 89451

    GMT Management Co.
    3801 N. Capital of Texas Hwy.
    Suite E240-303
    Austin, Texas 78746.

6. The limited partnership's original name was Guardian Media Technologies, Ltd. and its original certificate of limited partnership was filed with the Secretary of State of Texas on May 29, 2003.

7. This amended and restated certificate has been duly executed and is filed in accordance with section 2.10(c) of the Texas Revised Limited Partnership Act.

[Signature Page Follows]



IN WITNESS WHEREOF, the undersigned have executed this Amended and Restated Certificate of Limited Partnership on the 31st day of March 31, 2005.

"GENERAL PARTNERS"

SIGHTGUARDIAN, INC., a Texas corporation

By: /s/ Alan Tiris
Name: ALAN TIRIS
Its: PRESIDENT

GMT MANAGEMENT CO., a Texas corporation

By: /s/ Thomas E Coverstone
Thomas E Coverstone, President



Office of the Secretary of State  
Corporations Section  
P.O. Box 13697  
Austin, Texas 78711-3697  
(Form 408)

Filed in the Office of the  
Secretary of State of Texas  
Filing #: 800209480  12/27/2007  
Document #: 197728294568  
Image Generated Electronically

## STATEMENT OF CHANGE OF ADDRESS OF REGISTERED AGENT

1. The name of the entity represented is  
    Guardian Media Technologies, Ltd.

    The entity's filing number is   800209480

2. The address at which the registered agent has maintained the registered office address for such entity is: (Please provide street address, city, state and zip code presently shown in the records of the Secretary of State.)

    1021 Main Street, Suite 1150, Houston, TX 77002

3. The address at which the registered agent will hereafter maintain the registered office address for such entity is: (Please provide street address, city, state and zip code.  The address must be in Texas.)

    350 N. St. Paul Street, Dallas, TX 75201

4. Notice of the change of address has been given to said entity in writing at least 10 business days prior to the submission of this filing.

Date:   12/27/2007

CT Corporation System

**Name of Registered Agent**

Marie Hauer

**Signature of Registered Agent**

**FILING OFFICE COPY**

**GUARDIAN MEDIA TECHNOLOGIES, LTD.**
SECOND AMENDED AND RESTATED CERTIFICATE
OF LIMITED PARTNERSHIP

*FILED In the Office of the Secretary of State of Texas FEB 0 8 2008 Corporations Section*

GMT Management Co., a Texas corporation serving as the general partner of Guardian Media Technologies, Ltd., hereby certifis that:

1. The name of the limited partnership is Guardian Media Technologies, Ltd.

2. The address of the registered office of the limited partnership is 1021 Main Street, Suite 1150, Houston, Texas 77002.

3. The name and address of the limited partnership's initial registered agent in the state of Texas is C T Corporation System, 1021 Main Street, Suite 1150, Houston, Texas 77002.

4. As of October 30, 2007, the address of the principal office in the United States where records of the limited partnership are to be kept or made available is 3801 N. Capital of Texas Hwy., E240-303, Austin, Texas 78746.

5. The name and mailing address of the general partner is as follows:

   GMT Management Co.
   3801 N. Capital of Texas Hwy.
   Suite E240-303
   Austin, Texas 78746

6. The limited partnership's original name was Guardian Media Technologies, Ltd. And its original certificate of limited partnership was filed with the Secretary of State of Texas on May 29, 2003.

7. This second amended and restated certificate has been duly executed and is filed in accordance with section 2.10(c) of the Texas Revised Limited Partnership Act.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this Second Amended and Restated Certificate of Limited Partnership on the 30th day of October, 2007.

"GENERAL PARTNER"

GMT MANAGEMENT CO., a Texas Corporation

By: _____
Thomas E. Coverstone, President

| Form 401 | | This space reserved for office use. |
|---|---|---|
| (Revised 12/09) |  | **FILED**<br>In the Office of the<br>Secretary of State of Texas |
| Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | **Statement of Change of Registered Office/Agent** | **OCT 13 2010**<br>**Corporations Section** |

## Entity Information

1. The name of the entity is:

Guardian Media Technologies, Ltd.
*State the name of the entity as currently shown in the records of the secretary of state.*

2. The file number issued to the filing entity by the secretary of state is: 800209480

3. The name of the registered agent as currently shown on the records of the secretary of state is:

C T Corporation System
Registered Agent Name

The address of the registered office as currently shown on the records of the secretary of state is:

| 1021 Main Street, Suite 1150 | Houston | TX | 77002 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

## Change to Registered Agent/Registered Office

4. The certificate of formation or registration is modified to change the registered agent and/or office of the filing entity as follows:

Registered Agent Change
(Complete either A or B, but not both. Also complete C if the address has changed.)

☒ A. The new registered agent is an organization (cannot be entity named above) by the name of:

Abney, Simmons and Company, PLLC

**OR**

☐ B. The new registered agent is an individual resident of the state whose name is:

| | | | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

Registered Office Change

☒ C. The business address of the registered agent and the registered office address is changed to:

| 215 East Austin Street | Marshall | TX | 75670 |
|---|---|---|---|
| *Street Address (No P.O. Box)* | *City* | *State* | *Zip Code* |

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

Form 401         4

## Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: October 13, 2010

_[signature]_
Signature of authorized person

Jason A. Holt, Attorney
Printed or typed name of authorized person (see instructions)

Form 401                                5